# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE STOCKBRIDGE-MUNSEE COMMUNITY, BAND OF MOHICAN INDIANS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; KEN SALAZAR, in his official capacity as SECRETARY OF THE INTERIOR et al., <br><br> Defendants, <br><br> v. <br><br> ONEIDA NATION OF NEW YORK, <br><br> Intervenor Defendant. | Civil Action No. <br> 5:09-CV-50 |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO RULE 41(a)(1)(A)(i)

To the Clerk of this Court and all parties of record:

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Stockbridge-Munsee Community, Band of Mohican Indians hereby voluntarily dismisses the above-captioned action.

Dated: March 29, 2009
      /s/ Don B. Miller
      Don B. Miller
      Bar Roll No: 502538

      Don B. Miller, P.C.
      1305 Cedar Avenue
      Boulder, Colorado 80304-3115
      (303) 545-5533 (office)
      dbmiller01@msn.com